# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RANDALL AUSTIN ESTES,** *et al.*                                                          **PLAINTIFFS**

**v.**                        **Case No. 4:18-cv-00026-KGB**

**CHRISTOPHER BUELL,** *et al.*                                                          **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Consent Judgment incorporated by the Court in this matter on April 3, 2019, and the Order entered on this date awarding attorneys' fees, it is considered, ordered, and adjudged that this matter is closed. The Court incorporates by reference the terms of the aforementioned Consent Judgement and the Order awarding attorneys' fees.

So adjudged this the 25th day of May, 2020.

                                                                                   _____
                                                                                   Kristine G. Baker
                                                                                  United States District Judge